| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424<br>Federal Defender |
| 2 | CAROLYN M. WIGGIN, Bar #182732<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814<br>Telephone: (916) 498-5700 |
| 5 | |
| 6 | Attorney for Defendant<br>KAREN JEAN FREYLING |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:08-cr-00384 LJO |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION SETTING FORTH |
| v. | ) | SENTENCING SCHEDULE; ORDER |
| | ) | |
| KAREN JEAN FREYLING, | ) | |
| | ) | Date: March 19, 2012 |
| Defendant. | ) | Time: 1:00 p.m. |
| | ) | Judge: Hon. Lawrence J. O'Neill |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the following schedule shall apply to defendant Karen Jean Freyling's sentencing proceedings:

(1) on or before January 16, 2012, Ms. Freyling shall submit to the United States Probation Office a memorandum, with attachments, setting forth Ms. Freyling's view of the scope of the remand, how Guidelines and Section 3553 issues should be resolved, and bases for departures and/or variances;

(2) on or before February 20, 2012, the United States Probation Office shall prepare a memorandum that supplements the original Advisory Presentence Investigation Report that was prepared in this case prior to the appeal;

(3) on or before March 5, 2012, both parties shall file sentencing memoranda;

(4) on or before March 12, 2012, both parties shall file optional replies to sentencing memoranda; and

(5) the sentencing hearing shall be held on March 19, 2012, at 1:00 p.m.

Dated: December 2, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Carolyn M. Wiggin*
CAROLYN M. WIGGIN
Assistant Federal Defender
Attorney for Defendant
KAREN JEAN FREYLING

Dated: December 2, 2011

BENJAMIN B. WAGNER
United States Attorney

*/s/ Matthew D. Segal*
MATTHEW D. SEGAL
Assistant United States Attorney
Attorney for Plaintiff

ORDER

Good cause appearing, the parties' proposed sentencing schedule is adopted.

IT IS SO ORDERED.

**Dated:    December 2, 2011**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE