IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>   vs.<br>KAREN JEAN FREYLING,<br><br>                Defendant.<br>                                      / | CASE NO. CR F 08-0384 LJO<br><br>**ORDER TO DENY IN FORMA PAUPERIS**<br>(Doc. 277.) |

     Defendant Karen Jean Freyling ("defendant") filed a March 18, 2013 request to proceed in forma pauperis in her appeal before the Ninth Circuit Court of Appeals. Defendant's appeal divests this Court of jurisdiction. *Gould v. Mutual Life Ins. Co.*, 790 F.2d 769, 772 (9th Cir. 1986). As such, this Court is unable to grant defendant in forma pauperis status and directs defendant to seek such relief from the Ninth Circuit Court of Appeals.

     IT IS SO ORDERED.

**Dated:   March 20, 2013**          /s/  Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE